UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

NASSER AHMED ABDULLA AL-GARIDI,

                        Plaintiff,

                                              DECISION AND ORDER

                                              09-CV-6160L

                        v.

ERIC HOLDER, Attorney General of the
United States, et al.,

                        Defendants.
_____

By motion filed June 7, 2010 (Dkt. #5), the Government moves to dismiss plaintiff's complaint on the grounds that the Court lacks personal and subject matter jurisdiction. For the reasons stated in the Affidavit of Gail Y. Mitchell (Dkt. #5) and the accompanying Memorandum of Law (Dkt. #6), the motion is GRANTED and the complaint is dismissed.

IT IS SO ORDERED.

                                              _____
                                                 DAVID G. LARIMER
                                              United States District Judge

Dated: Rochester, New York
        July 21, 2010.